E-FILED
Wednesday, 15 August, 2018 11:21:03 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SPIRE STL PIPELINE LLC, a Missouri limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No:_____ |
| BETTY ANN JEFFERSON as TRUSTEE of the BETTY ANN JEFFERSON TRUST #11-08; RICHARD KEITH JEFFERSON as TRUSTEE of the RICHARD KEITH JEFFERSON TRUST #11-08; 7.07 ACRES more or less of REAL PROPERTY in SCOTT COUNTY, ILLINOIS; and UNKNOWN OWNERS, | ) ) ) ) ) ) ) ) ) ) ) | (IL-SC-003.000) |
| Defendants. | ) | |

| | | |
|---|---|---|
| SPIRE STL PIPELINE LLC, a Missouri limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MICHAEL DAHMAN; 2.22 ACRES more or less of REAL PROPERTY in SCOTT COUNTY, ILLINOIS; and UNKNOWN OWNERS, | ) ) ) ) ) | (IL-SC-007.000) |
| Defendants. | ) | |

| | | |
|---|---|---|
| SPIRE STL PIPELINE LLC, a Missouri limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |

BETTY ANN JEFFERSON as TRUSTEE )
of the BETTY ANN JEFFERSON )
TRUST #11-08; RICHARD KEITH )
JEFFERSON as TRUSTEE of the )          (IL-SC-008.000)
RICHARD KEITH JEFFERSON TRUST )
#11-08; 2.90 ACRES more or less of )
REAL PROPERTY in SCOTT )
COUNTY, ILLINOIS; and UNKNOWN )
OWNERS, )
  )
   Defendants. )

---

SPIRE STL PIPELINE LLC, )
a Missouri limited liability company, )
  )
   Plaintiff, )
  )
v. )
  )
MICHAEL DAHMAN; 3.64 ACRES )
more or less of REAL PROPERTY in )
SCOTT COUNTY, ILLINOIS; and )
UNKNOWN OWNERS, )          (IL-SC-008.001)
  )
   Defendants. )

---

SPIRE STL PIPELINE LLC, )
a Missouri limited liability company, )
  )
   Plaintiff, )
  )
v. )
  )
MICHAEL DAHMAN; 5.07 ACRES )
more or less of REAL PROPERTY in )
SCOTT COUNTY, ILLINOIS; and )
UNKNWON OWNERS, )          (IL-SC-009.000)
  )
   Defendants. )

---

SPIRE STL PIPELINE LLC, )
a Missouri limited liability company, )
  )

|  |  |  |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL DAHMAN; 4.08 ACRES more or less of REAL PROPERTY in SCOTT COUNTY, ILLINOIS; and UNKNOWN OWNERS, | ) ) ) ) | |
| | ) | (IL-SC-011.000) |
| Defendants. | ) ) | |

|  |  |  |
|---|---|---|
| SPIRE STL PIPELINE LLC, a Missouri limited liability company, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH W. DAVIS; 3.64 ACRES more or less of REAL PROPERTY in SCOTT COUNTY, ILLINOIS; and UNKNOWN OWNERS, | ) ) ) ) | |
| | ) | (IL-SC-018.000) |
| Defendants. | ) ) | |

|  |  |  |
|---|---|---|
| SPIRE STL PIPELINE LLC, a Missouri limited liability company, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM D. BALLARD and ALICE E. BALLARD as CO-TRUSTEES of the WILLIAM AND ALICE BALLARD REVOCABLE LIVING TRUST dated JANUARY 18, 2016; MARK A. RYAN; 3.36 ACRES more or less of REAL PROPERTY in SCOTT COUNTY, ILLINOIS; and UNKNOWN OWNERS, | ) ) ) ) ) ) ) ) | |
| | ) | (IL-SC-019.000) |
| Defendants. | ) ) | |

SPIRE STL PIPELINE LLC,                              )
a Missouri limited liability company,                )
                                                     )
      Plaintiff,       )
                                                     )
v.                                                   )
                                                     )
MATTHEW J. CLAYTON; ANNE M.                          )
CLAYTON; THE FIRST NATIONAL                          )
BANK OF ARENZVILLE; 5.04 ACRES                       )
more or less of REAL PROPERTY in                     )
GREENE COUNTY, ILLINOIS; and                         )
UNKNOWN OWNERS,                                      )        (IL-GC-022.000)
                                                     )
      Defendants.       )

---

SPIRE STL PIPELINE LLC,                              )
a Missouri limited liability company,                )
                                                     )
      Plaintiff,       )
                                                     )
v.                                                   )
                                                     )
FORREST NEAL JONES; 2.81 ACRES                       )
more or less of REAL PROPERTY in                     )
GREENE COUNTY, ILLINOIS; and                         )
UNKNOWN OWNERS,                                      )        (IL-GC-029.000)
                                                     )
      Defendants.       )

---

SPIRE STL PIPELINE LLC,                              )
a Missouri limited liability company,                )
                                                     )
      Plaintiff,       )
                                                     )
v.                                                   )
                                                     )
GAYLE P. WILLIS; KENNETH R.                          )
WILLIS; WHITE HALL BANK;                             )
1.89 ACRES more or less of REAL                      )
PROPERTY in GREENE COUNTY,                           )
ILLINOIS; and UNKNOWN OWNERS,                        )        (IL-GC-030.000)
                                                     )
      Defendants.       )

SPIRE STL PIPELINE LLC,        )
a Missouri limited liability company,     )
                               )
        Plaintiff,             )
                               )
v.                             )
                               )
HART FARMS, LLC., a Missouri limited   )
liability company; 2.63 ACRES   )
more or less of REAL PROPERTY in   )
GREENE COUNTY, ILLINOIS; and   )
UNKNOWN OWNERS,               )
                               )        (IL-GC-041.001)
                               )
        Defendants.            )

SPIRE STL PIPELINE LLC,        )
a Missouri limited liability company,     )
                               )
        Plaintiff,             )
                               )
v.                             )
                               )
JONATHON ESAREY; LE ESAREY    )
PERRY f/k/a LEONORA WILSON;    )
JUSTUS ESAREY; LAURA JANE      )
DUKETT; 3.49 ACRES more or less of   )
REAL PROPERTY in GREENE COUNTY, )
ILLINOIS; and UNKNOWN OWNERS,  )        (IL-GC-063.000)
                               )
        Defendants.            )

SPIRE STL PIPELINE LLC,        )
a Missouri limited liability company,     )
                               )
        Plaintiff,             )
                               )
v.                             )
                               )
LAURA JANE DUKETT and          )
JONATHON ESAREY as CO-TRUSTEES )
of the GREGORY FARM TRUST      )

NO. 09-0-10; 7.07 ACRES more or less of )
REAL PROPERTY in GREENE COUNTY, )
ILLINOIS; and UNKNOWN OWNERS,        )        (IL-GC-065.000)
                                      )
    Defendants.                       )

---

SPIRE STL PIPELINE LLC,                  )
a Missouri limited liability company,    )
                                          )
    Plaintiff,                            )
                                          )
v.                                        )
                                          )
DARRELL L. MANSFIELD and JO ANN          )
MANSFIELD as CO-TRUSTEES of the          )
DARRELL L. MANSFIELD TRUST               )
NO. 2014; JO ANN MANSFIELD and           )
DARRELL L. MANSFIELD as                  )
CO-TRUSTEES OF THE JO ANN                )
MANSFIELD TRUST NO. 2014;                )
FARMERS STATE BANK; 7.09 ACRES           )
more or less of REAL PROPERTY in         )
GREENE COUNTY, ILLINOIS; and             )
UNKNOWN OWNERS,                          )        (IL-GC-068.000)
                                          )
    Defendants.                           )

---

SPIRE STL PIPELINE LLC,                  )
a Missouri limited liability company,    )
                                          )
    Plaintiff,                            )
                                          )
v.                                        )
                                          )
PHILLIP L. BROWN; ZENA B. BROWN;         )
3.60 ACRES   more or less of REAL        )
PROPERTY in GREENE COUNTY,               )
ILLINOIS; and UNKNOWN OWNERS,            )        (IL-GC-078.000)
                                          )
    Defendants.                           )

---

SPIRE STL PIPELINE LLC,                  )
a Missouri limited liability company,    )

|  |  |  |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP L. BROWN; ZENA B. BROWN; | ) | |
| 12.61 ACRES more or less of REAL | ) | |
| PROPERTY in GREENE COUNTY, | ) | |
| ILLINOIS; and UNKNOWN OWNERS, | ) | (IL-GC-080.100) |
| | ) | |
| Defendants. | ) | |

|  |  |  |
|---|---|---|
| SPIRE STL PIPELINE LLC, | ) | |
| a Missouri limited liability company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP BROWN; ZENA BROWN; | ) | |
| 3.47 ACRES   more or less of REAL | ) | |
| PROPERTY in GREENE COUNTY, | ) | |
| ILLINOIS; and UNKNOWN OWNERS, | ) | (IL-GC-091.000) |
| | ) | |
| Defendants. | ) | |

|  |  |  |
|---|---|---|
| SPIRE STL PIPELINE LLC, | ) | |
| a Missouri limited liability company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP BROWN; ZENA BROWN; | ) | |
| 7.13 ACRES   more or less of REAL | ) | |
| PROPERTY in GREENE COUNTY, | ) | |
| ILLINOIS; and UNKNOWN OWNERS, | ) | (IL-GC-092.000) |
| | ) | |
| Defendants. | ) | |

|  |  |
|---|---|
| SPIRE STL PIPELINE LLC, | ) |
| a Missouri limited liability company, | ) |
| | ) |

|  |  |  |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BERNARD H. MEYER as TRUSTEE of | ) | |
| the BERNARD H. MEYER TRUST #9-11; | ) | |
| MARY LOIS MEYER as TRUSTEE of | ) | |
| the MARY LOIS MEYER TRUST #9-11; | ) | |
| FARM CREDIT SERVICES OF ILLINOIS; | ) | |
| 4.21 ACRES   more or less of REAL | ) | |
| PROPERTY in GREENE COUNTY, | ) | |
| ILLINOIS; and UNKNOWN OWNERS, | ) | (IL-GC-093.000) |
| | ) | |
| Defendants. | ) | |

|  |  |  |
|---|---|---|
| SPIRE STL PIPELINE LLC, | ) | |
| a Missouri limited liability company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BERNARD H. MEYER as TRUSTEE of | ) | |
| the BERNARD H. MEYER TRUST #9-11; | ) | |
| MARY LOIS MEYER as TRUSTEE of | ) | |
| the MARY LOIS MEYER TRUST #9-11; | ) | |
| 3.53 ACRES   more or less of REAL | ) | |
| PROPERTY in GREENE COUNTY, | ) | |
| ILLINOIS; and UNKNOWN OWNERS, | ) | (IL-GC-094.000) |
| | ) | |
| Defendants. | ) | |

|  |  |  |
|---|---|---|
| SPIRE STL PIPELINE LLC, | ) | |
| a Missouri limited liability company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARC D. STECKEL; CNB BANK & | ) | |
| TRUST N.A.;13.31 ACRES more or less of | ) | |
| REAL PROPERTY in GREENE | ) | |
| COUNTY, ILLINOIS; and UNKNOWN | ) | |
| OWNERS, | ) | (IL-GC-110.000) |

|  | ) |  |
|---|---|---|
| Defendants. | ) |  |

---

| SPIRE STL PIPELINE LLC, | ) |  |
|---|---|---|
| a Missouri limited liability company, | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| MARC D. STECKEL; CNB BANK & | ) |  |
| TRUST N.A.; UNITED STATES | ) |  |
| DEPARTMENT OF THE TREASURY – | ) |  |
| INTERNAL REVENUE SERVICE; | ) |  |
| 7.24 ACRES more or less of REAL | ) |  |
| PROPERTY in GREENE COUNTY, | ) |  |
| ILLINOIS; and UNKNOWN OWNERS, | ) | (IL-GC-111.000) |
|  | ) |  |
| Defendants. | ) |  |

---

| SPIRE STL PIPELINE LLC, | ) |  |
|---|---|---|
| a Missouri limited liability company, | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| GREG STECKEL; 10.25 ACRES | ) |  |
| more or less of REAL PROPERTY in | ) |  |
| GREENE COUNTY, ILLINOIS; and | ) |  |
| UNKNOWN OWNERS, | ) | (IL-GC-112.000) |
|  | ) |  |
| Defendants. | ) |  |

---

| SPIRE STL PIPELINE LLC, | ) |  |
|---|---|---|
| a Missouri limited liability company, | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| MARC D. STECKEL; UNITED STATES | ) |  |
| DEPARTMENT OF THE TREASURY – | ) |  |
| INTERNAL REVENUE SERVICE; | ) |  |

| | | |
|---|---|---|
| 4.21 ACRES more or less of REAL PROPERTY in GREENE COUNTY, ILLINOIS; and UNKNOWN OWNERS, | ) ) ) ) | (IL-GC-116.000) |
| Defendants. | ) | |

| | | |
|---|---|---|
| SPIRE STL PIPELINE LLC, a Missouri limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GERALD SCOTT TURMAN; 7.15 ACRES more or less of REAL PROPERTY in GREENE COUNTY. ILLINOIS; and UNKNOWN OWNERS, | ) ) ) ) ) | (IL-GC-117.000) |
| Defendants. | ) | |

| | | |
|---|---|---|
| SPIRE STL PIPELINE LLC, a Missouri limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| S.T. TURMAN CONTRACTING, L.L.C., a Missouri limited liability company; 5.05 ACRES more or less of REAL PROPERTY in GREENE COUNTY, ILLINOIS; and UNKNOWN OWNERS, | ) ) ) ) ) | (IL-GC-120.000) |
| Defendants. | ) | |

| | |
|---|---|
| SPIRE STL PIPELINE LLC, a Missouri limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GERALD SCOTT TURMAN; 3.59 ACRES | ) |

| | |
|---|---|
| more or less of REAL PROPERTY in GREENE COUNTY, ILLINOIS; and UNKNOWN OWNERS, | )<br>)<br>) (IL-GC-121.000)<br>) |
| Defendants. | ) |

## VERIFIED COMPLAINT FOR CONDEMNATION OF PIPELINE EASEMENTS

NOW COMES, Plaintiff, SPIRE STL PIPELINE LLC, a Missouri limited liability company, by and through its attorneys, Sorling Northrup, Lisa A. Petrilli and David A. Rolf, of counsel, and for its Verified Complaint for Condemnation of Pipeline Easements against Defendant properties and record owners of certain real property located in Illinois, state as follows:

### GENERAL ALLEGATIONS

**A. PARTIES AND REAL PROPERTY**

1. Plaintiff, SPIRE STL PIPELINE LLC ("Spire STL") is a Missouri limited liability company authorized to transact business in Illinois with its principal place of business located at 700 Market Street, St. Louis, Missouri 63101.

2. The Federal Energy Regulatory Commission ("FERC") issued a Certificate of Public Convenience and Necessity to Spire STL by order dated August 3, 2018 ("FERC Certificate").

3. Upon the issuance of the FERC Certificate, Spire STL became a natural gas company as defined by section 2(6) of the Natural Gas Act, 15 U.S.C. §§ 717 *et seq.* as regulated by FERC.

4. Pursuant to the Natural Gas Act, the FERC Certificate grants Spire STL the right to construct, operate, and maintain approximately 65 miles of natural gas pipeline in Missouri

and Illinois ("Spire STL Pipeline"). A certified copy of the FERC Certificate is attached and incorporated herein as **Exhibit 1**.

5.    The named Defendants are interested parties and the record owners of real property along the Spire STL pipeline route in Scott and Greene Counties in Illinois, as well as the property at issue all more particularly described herein.

6.    Defendant "Unknown Owners" are those individuals who may have a claim or interest in the properties whose names could not be ascertained through reasonably diligent inquiry and as such are made parties to this action as Unknown Owners pursuant to Federal Rule of Civil Procedure 71.1(c)(3).

**B.    NATURE OF THE ACTION**

7.    Spire STL files this action pursuant to 15 U.S.C. §717f(h), for the condemnation of certain permanent and temporary easements, additional temporary workspace, and access roads on real properties required for use in connection with the construction, operation, and maintenance of the Spire STL Pipeline.

**C.    JURISDICTION AND VENUE**

8.    This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §1331 by virtue of the Natural Gas Act, 15 U.S.C. § 717f(h).

9.    Pursuant to 15 U.S.C. § 717f(h), the amounts claimed by the owners of the properties to be condemned exceed Three Thousand Dollars ($3,000.00).

10.    Venue in this case is appropriate pursuant to 28 U.S.C. §§ 1391 as these properties are all located in Scott and Greene Counties within the boundaries of the Central District of Illinois, Springfield Division.

11.     All Properties may be joined in one action pursuant to Federal Rule of Civil Procedure 71.1(b).

12.     Pursuant to the Federal Rules of Civil Procedure, Spire STL shall file the Notices required by Federal Rule of Civil Procedure 71.1(d) contemporaneously with this Complaint.

**D.     SPIRE STL PIPELINE**

13.     Spire STL Pipeline is a 65-mile long natural gas pipeline system to be constructed with 24-inch diameter pipe and extending from an interconnection with Rockies Express Pipeline LLC in Scott County, Illinois to interconnections with Spire Missouri Inc. and Enable Mississippi River Transmission in Missouri. The portion in Illinois extends approximately 59 miles and crosses through Scott, Greene, and Jersey Counties in Illinois.

14.     In accordance with the FERC Certificate, Spire STL Pipeline must be constructed and in-service within two years from the date of the FERC Certificate.

**E.     CONDEMNATION OF REAL PROPERTY**

15.     As set forth in detail in the FERC Certificate, the construction of the Spire STL Pipeline is for a public and necessary purpose.

16.     In order to construct, operate, and maintain Spire STL Pipeline in a manner conducive to the public interest, convenience, and safety, Spire STL must acquire certain easements along the route of Spire STL Pipeline, including without limitation along the route in Scott and Greene Counties in Illinois.

17.     In furtherance of the authority granted by FERC and in order to construct, operate, and maintain Spire STL Pipeline in a manner conducive to the public interest, convenience, and safety, Spire STL must acquire the following types of easements across Defendants' Properties: (1) a fifty-foot wide permanent easement; (2) an additional forty-foot

wide temporary workspace easement to be used as temporary working space during construction and restoration, but which shall terminate upon completion of construction and restoration; (3) additional temporary workspace of varying widths as needed during construction, but which shall terminate upon completion of construction and restoration; (4) all rights of ingress, egress, and reasonable access necessary to protect, repair, upkeep, and maintain the Spire STL Pipeline and the easements.

18.     Spire STL has been unable to acquire the necessary easements through Defendants' Properties despite good faith efforts. Spire STL made good faith offers to Defendants for the acquisition of the necessary easements before instituting this action, but the named Defendants have not come to an agreement with Spire STL or have failed to respond to Spire STL's offers.

**COUNT I**
**SPIRE STL PIPELINE LLC, Plaintiff, v.**
**BETTY ANN JEFFERSON as TRUSTEE of the BETTY ANN JEFFERSON TRUST #11-08; RICHARD KEITH JEFFERSON as TRUSTEE of the RICHARD KEITH JEFFERSON TRUST #11-08; 7.07 ACRES more or less of REAL PROPERTY in SCOTT COUNTY, ILLINOIS; and UNKNOWN OWNERS, Defendants.**

1.-18.  Spire STL repeats and re-alleges paragraphs 1 through 18 of the General Allegations as Paragraphs 1 through 18 of Count I.

19.     The owners of record of certain real property situated in Scott County, Illinois along the Spire STL Pipeline are the Betty Ann Jefferson Trust #11-08, Betty Ann Jefferson, Trustee, and the Richard Keith Jefferson Trust #11-08, Richard Keith Jefferson, Trustee, (hereinafter collectively "Landowners").

20.     Spire STL seeks to acquire for the uses and purposes described above, a permanent easement, a temporary workspace easement, and additional temporary workspace

through Landowners' property, all legally described in **Exhibit 2A** and shown more particularly in the certified plat attached as **Exhibit 2B,** both incorporated herein.

21.     The 7.07 acres more or less described in Exhibits 2A and 2B, or other property described, is private property, and the Landowners mentioned in connection with the property are, as far as appears of record, and as far as Spire STL has been able to learn, the persons who own or are otherwise interested in the property, or claim to have some interest therein.

22.     Spire STL is not aware of any other individuals or entities whose interest in the property is affected by these proceedings.

23.     In addition to the parties named herein, there are or may be other persons who are interested in this action and who may have or claim some right, title, interest of lien in, to, or on the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

24.     In addition to persons designated by name herein, there are or may be other persons occupying or in possession of a portion of the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

25.     It is necessary for Spire STL to exercise its right of eminent domain under 15 U.S.C. §717f(h) of the Natural Gas Act and the FERC Certificate, and pursuant to Federal Rule of Civil Procedure 71.1, in order to obtain the easements necessary to construct, operate, and maintain the Spire STL Pipeline through Landowners' property.

WHEREFORE, Plaintiff, SPIRE STL PIPELINE LLC prays:

A.     That the notices filed herewith pursuant to Federal Rules of Civil Procedure 71.1(d) be deemed good and sufficient;

B.     That said notices be served on the Defendants in a manner afforded by Federal Rules of Civil Procedure 71.1(d)(3);

C.     That its right to condemn the easements as defined and set forth in this Complaint on the Defendants' property be recognized and granted;

D.     That this Court enter judgment, providing that upon the deposit into the registry of the Court by Spire STL of the amount of just compensation as determined by the Court, ownership and title of the easements and other charges of whatsoever nature and free and clear of all right, title, and interest of the Defendants; and

E.     For the issuance of all necessary orders and decrees, and for all other general, equitable, and legal relief allowed by law and which this Court deems appropriate.

## COUNT II
### SPIRE STL PIPELINE LLC, Plaintiff, v.
### MICHAEL DAHMAN; 2.22 ACRES more or less of REAL PROPERTY in SCOTT COUNTY, ILLINOIS; and UNKNOWN OWNERS, Defendants.

1.-18.  Spire STL repeats and re-alleges paragraphs 1 through 18 of the General Allegations as Paragraphs 1 through 18 of Count II.

19.     The owner of record of certain real property situated in Scott County, Illinois along the Spire STL Pipeline is Michael Dahman, (hereinafter "Landowner").

20.     Spire STL seeks to acquire for the uses and purposes described above, a permanent easement, a temporary workspace easement, and additional temporary workspace through Landowner's property, all legally described in **Exhibit 3A** and shown more particularly in the certified plat attached as **Exhibit 3B,** both incorporated herein.

21. The 2.22 acres more or less described in Exhibits 3A and 3B, or other property described, is private property, and the Landowner mentioned in connection with the property is, as far as appears of record, and as far as Spire STL has been able to learn, the person who owns or is otherwise interested in the property, or claims to have some interest therein.

22. Spire STL is not aware of any other individuals or entities whose interest in the property is affected by these proceedings.

23. In addition to the parties named herein, there are or may be other persons who are interested in this action and who may have or claim some right, title, interest of lien in, to, or on the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

24. In addition to persons designated by name herein, there are or may be other persons occupying or in possession of a portion of the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

25. It is necessary for Spire STL to exercise its right of eminent domain under 15 U.S.C. §717f(h) of the Natural Gas Act and the FERC Certificate, and pursuant to Federal Rule of Civil Procedure 71.1, in order to obtain the easements necessary to construct, operate, and maintain the Spire STL Pipeline through Landowner's property.

WHEREFORE, Plaintiff, SPIRE STL PIPELINE LLC prays:

A. That the notices filed herewith pursuant to Federal Rules of Civil Procedure 71.1(d) be deemed good and sufficient;

B.    That said notices be served on the Defendants in a manner afforded by Federal Rules of Civil Procedure 71.1(d)(3);

C.    That its right to condemn the easements as defined and set forth in this Complaint on the Defendants' property be recognized and granted;

D.    That this Court enter judgment, providing that upon the deposit into the registry of the Court by Spire STL of the amount of just compensation as determined by the Court, ownership and title of the easements and other charges of whatsoever nature and free and clear of all right, title, and interest of the Defendants; and

E.    For the issuance of all necessary orders and decrees, and for all other general, equitable, and legal relief allowed by law and which this Court deems appropriate.

### COUNT III
**SPIRE STL PIPELINE LLC, Plaintiff, v.**
**BETTY ANN JEFFERSON as TRUSTEE of the BETTY ANN JEFFERSON TRUST #11-08; RICHARD KEITH JEFFERSON as TRUSTEE of the RICHARD KEITH JEFFERSON TRUST #11-08; 2.90 ACRES more or less of REAL PROPERTY in SCOTT COUNTY, ILLINOIS; and UNKNOWN OWNERS, Defendants.**

1.-18.  Spire STL repeats and re-alleges paragraphs 1 through 18 of the General Allegations as Paragraphs 1 through 18 of Count III.

19.    The owners of record of certain real property situated in Scott County, Illinois along the Spire STL Pipeline are the Betty Ann Jefferson Trust #11-08, Betty Ann Jefferson, Trustee, and the Richard Keith Jefferson Trust #11-08, Richard Keith Jefferson, Trustee, (hereinafter collectively "Landowners").

20.    Spire STL seeks to acquire for the uses and purposes described above, a permanent easement, a temporary workspace easement, and additional temporary workspace through Landowners' property, all legally described in **Exhibit 4A** and shown more particularly in the certified plat attached as **Exhibit 4B,** both incorporated herein.

21.    The 2.90 acres more or less described in Exhibits 4A and 4B, or other property described, is private property, and the Landowners mentioned in connection with the property are, as far as appears of record, and as far as Spire STL has been able to learn, the persons who own or are otherwise interested in the property, or claim to have some interest therein.

22.    Spire STL is not aware of any other individuals or entities whose interest in the property is affected by these proceedings.

23.    In addition to the parties named herein, there are or may be other persons who are interested in this action and who may have or claim some right, title, interest of lien in, to, or on the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

24.    In addition to persons designated by name herein, there are or may be other persons occupying or in possession of a portion of the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

25.    It is necessary for Spire STL to exercise its right of eminent domain under 15 U.S.C. §717f(h) of the Natural Gas Act and the FERC Certificate, and pursuant to Federal Rule of Civil Procedure 71.1, in order to obtain the easements necessary to construct, operate, and maintain the Spire STL Pipeline through Landowners' property.

WHEREFORE, Plaintiff, SPIRE STL PIPELINE LLC prays:

A.    That the notices filed herewith pursuant to Federal Rules of Civil Procedure 71.1(d) be deemed good and sufficient;

B.     That said notices be served on the Defendants in a manner afforded by Federal Rules of Civil Procedure 71.1(d)(3);

C.     That its right to condemn the easements as defined and set forth in this Complaint on the Defendants' property be recognized and granted;

D.     That this Court enter judgment, providing that upon the deposit into the registry of the Court by Spire STL of the amount of just compensation as determined by the Court, ownership and title of the easements and other charges of whatsoever nature and free and clear of all right, title, and interest of the Defendants; and

E.     For the issuance of all necessary orders and decrees, and for all other general, equitable, and legal relief allowed by law and which this Court deems appropriate.

### COUNT IV
### SPIRE STL PIPELINE LLC, Plaintiff, v.
### MICHAEL DAHMAN; 3.64 ACRES more or less of REAL PROPERTY in SCOTT COUNTY, ILLINOIS; and UNKNOWN OWNERS, Defendants.

1.-18.   Spire STL repeats and re-alleges paragraphs 1 through 18 of the General Allegations as Paragraphs 1 through 18 of Count IV.

19.     The owner of record of certain real property situated in Scott County, Illinois along the Spire STL Pipeline is Michael Dahman, (hereinafter "Landowner").

20.     Spire STL seeks to acquire for the uses and purposes described above, a permanent easement, a temporary workspace easement, and additional temporary workspace through Landowner's property, all legally described in **Exhibit 5A** and shown more particularly in the certified plat attached as **Exhibit 5B,** both incorporated herein.

21.     The 3.64 acres more or less described in Exhibits 5A and 5B, or other property described, is private property, and the Landowner mentioned in connection with the property is,

as far as appears of record, and as far as Spire STL has been able to learn, the person who owns or is otherwise interested in the property, or claims to have some interest therein.

22.    Spire STL is not aware of any other individuals or entities whose interest in the property is affected by these proceedings.

23.    In addition to the parties named herein, there are or may be other persons who are interested in this action and who may have or claim some right, title, interest of lien in, to, or on the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

24.    In addition to persons designated by name herein, there are or may be other persons occupying or in possession of a portion of the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

25.    It is necessary for Spire STL to exercise its right of eminent domain under 15 U.S.C. §717f(h) of the Natural Gas Act and the FERC Certificate, and pursuant to Federal Rule of Civil Procedure 71.1, in order to obtain the easements necessary to construct, operate, and maintain the Spire STL Pipeline through Landowner's property.

WHEREFORE, Plaintiff, SPIRE STL PIPELINE LLC prays:

A.    That the notices filed herewith pursuant to Federal Rules of Civil Procedure 71.1(d) be deemed good and sufficient;

B.    That said notices be served on the Defendants in a manner afforded by Federal Rules of Civil Procedure 71.1(d)(3);

C.      That its right to condemn the easements as defined and set forth in this Complaint on the Defendants' property be recognized and granted;

D.      That this Court enter judgment, providing that upon the deposit into the registry of the Court by Spire STL of the amount of just compensation as determined by the Court, ownership and title of the easements and other charges of whatsoever nature and free and clear of all right, title, and interest of the Defendants; and

E.      For the issuance of all necessary orders and decrees, and for all other general, equitable, and legal relief allowed by law and which this Court deems appropriate.

## COUNT V
### SPIRE STL PIPELINE LLC, Plaintiff, v.
### MICHAEL DAHMAN; 5.07 ACRES more or less of REAL PROPERTY in SCOTT COUNTY, ILLINOIS; and UNKNOWN OWNERS, Defendants.

1.-18.  Spire STL repeats and re-alleges paragraphs 1 through 18 of the General Allegations as Paragraphs 1 through 18 of Count V.

19.     The owner of record of certain real property situated in Scott County, Illinois along the Spire STL Pipeline is Michael Dahman, (hereinafter "Landowner").

20.     Spire STL seeks to acquire for the uses and purposes described above, a permanent easement, a temporary workspace easement, additional temporary workspace, and a temporary access road through Landowner's property, all legally described in **Exhibit 6A** and shown more particularly in the certified plat attached as **Exhibit 6B,** both incorporated herein.

21.     The 5.07 acres more or less described in Exhibits 6A and 6B, or other property described, is private property, and the Landowner mentioned in connection with the property is, as far as appears of record, and as far as Spire STL has been able to learn, the person who owns or is otherwise interested in the property, or claims to have some interest therein.

22.    Spire STL is not aware of any other individuals or entities whose interest in the property is affected by these proceedings.

23.    In addition to the parties named herein, there are or may be other persons who are interested in this action and who may have or claim some right, title, interest of lien in, to, or on the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

24.    In addition to persons designated by name herein, there are or may be other persons occupying or in possession of a portion of the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

25.    It is necessary for Spire STL to exercise its right of eminent domain under 15 U.S.C. §717f(h) of the Natural Gas Act and the FERC Certificate, and pursuant to Federal Rule of Civil Procedure 71.1, in order to obtain the easements necessary to construct, operate, and maintain the Spire STL Pipeline through Landowner's property.

WHEREFORE, Plaintiff, SPIRE STL PIPELINE LLC prays:

A.    That the notices filed herewith pursuant to Federal Rules of Civil Procedure 71.1(d) be deemed good and sufficient;

B.    That said notices be served on the Defendants in a manner afforded by Federal Rules of Civil Procedure 71.1(d)(3);

C.    That its right to condemn the easements as defined and set forth in this Complaint on the Defendants' property be recognized and granted;

D.      That this Court enter judgment, providing that upon the deposit into the registry of the Court by Spire STL of the amount of just compensation as determined by the Court, ownership and title of the easements and other charges of whatsoever nature and free and clear of all right, title, and interest of the Defendants; and

E.      For the issuance of all necessary orders and decrees, and for all other general, equitable, and legal relief allowed by law and which this Court deems appropriate.

## COUNT VI
### SPIRE STL PIPELINE LLC, Plaintiff, v.
### MICHAEL DAHMAN; 4.08 ACRES more or less of REAL PROPERTY in SCOTT COUNTY, ILLINOIS; and UNKNOWN OWNERS, Defendants.

1.-18.   Spire STL repeats and re-alleges paragraphs 1 through 18 of the General Allegations as Paragraphs 1 through 18 of Count VI.

19.      The owner of record of certain real property situated in Scott County, Illinois along the Spire STL Pipeline is Michael Dahman, (hereinafter "Landowner").

20.      Spire STL seeks to acquire for the uses and purposes described above, a permanent easement, a temporary workspace easement, and additional temporary workspace, through Landowner's property, all legally described in **Exhibit 7A** and shown more particularly in the certified plat attached as **Exhibit 7B,** both incorporated herein.

21.      The 4.08 acres more or less described in Exhibits 7A and 7B, or other property described, is private property, and the Landowner mentioned in connection with the property is, as far as appears of record, and as far as Spire STL has been able to learn, the person who owns or is otherwise interested in the property, or claims to have some interest therein.

22.      Spire STL is not aware of any other individuals or entities whose interest in the property is affected by these proceedings.

23.    In addition to the parties named herein, there are or may be other persons who are interested in this action and who may have or claim some right, title, interest of lien in, to, or on the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

24.    In addition to persons designated by name herein, there are or may be other persons occupying or in possession of a portion of the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

25.    It is necessary for Spire STL to exercise its right of eminent domain under 15 U.S.C. §717f(h) of the Natural Gas Act and the FERC Certificate, and pursuant to Federal Rule of Civil Procedure 71.1, in order to obtain the easements necessary to construct, operate, and maintain the Spire STL Pipeline through Landowner's property.

WHEREFORE, Plaintiff, SPIRE STL PIPELINE LLC prays:

A.    That the notices filed herewith pursuant to Federal Rules of Civil Procedure 71.1(d) be deemed good and sufficient;

B.    That said notices be served on the Defendants in a manner afforded by Federal Rules of Civil Procedure 71.1(d)(3);

C.    That its right to condemn the easements as defined and set forth in this Complaint on the Defendants' property be recognized and granted;

D.    That this Court enter judgment, providing that upon the deposit into the registry of the Court by Spire STL of the amount of just compensation as determined by the Court,

ownership and title of the easements and other charges of whatsoever nature and free and clear of all right, title, and interest of the Defendants; and

E.    For the issuance of all necessary orders and decrees, and for all other general, equitable, and legal relief allowed by law and which this Court deems appropriate.

**COUNT VII**
**SPIRE STL PIPELINE LLC, Plaintiff, v.**
**KENNETH W. DAVIS; 3.64 ACRES more or less of REAL PROPERTY in SCOTT COUNTY, ILLINOIS; and UNKNOWN OWNERS, Defendants.**

1.-18.    Spire STL repeats and re-alleges paragraphs 1 through 18 of the General Allegations as Paragraphs 1 through 18 of Count VII.

19.    The owner of record of certain real property situated in Scott County, Illinois along the Spire STL Pipeline is Kenneth W. Davis (hereinafter "Landowner").

20.    Spire STL seeks to acquire for the uses and purposes described above, a permanent easement, a temporary workspace easement, and additional temporary workspace through Landowner's property, all legally described in **Exhibit 8A** and shown more particularly in the certified plat attached as **Exhibit 8B,** both incorporated herein.

21.    The 3.64 acres more or less described in Exhibits 8A and 8B, or other property described, is private property, and the Landowner mentioned in connection with the property is, as far as appears of record, and as far as Spire STL has been able to learn, the person who owns or is otherwise interested in the property, or claims to have some interest therein.

22.    Spire STL is not aware of any other individuals or entities whose interest in the property is affected by these proceedings.

23.    In addition to the parties named herein, there are or may be other persons who are interested in this action and who may have or claim some right, title, interest of lien in, to, or on the property, and the name of each of those other persons is unknown. All such persons are,

therefore, made party Defendants to this action by the name and description of "Unknown Owners".

24.    In addition to persons designated by name herein, there are or may be other persons occupying or in possession of a portion of the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

25.    It is necessary for Spire STL to exercise its right of eminent domain under 15 U.S.C. §717f(h) of the Natural Gas Act and the FERC Certificate, and pursuant to Federal Rule of Civil Procedure 71.1, in order to obtain the easements necessary to construct, operate, and maintain the Spire STL Pipeline through Landowner's property.

WHEREFORE, Plaintiff, SPIRE STL PIPELINE LLC prays:

A.    That the notices filed herewith pursuant to Federal Rules of Civil Procedure 71.1(d) be deemed good and sufficient;

B.    That said notices be served on the Defendants in a manner afforded by Federal Rules of Civil Procedure 71.1(d)(3);

C.    That its right to condemn the easements as defined and set forth in this Complaint on the Defendants' property be recognized and granted;

D.    That this Court enter judgment, providing that upon the deposit into the registry of the Court by Spire STL of the amount of just compensation as determined by the Court, ownership and title of the easements and other charges of whatsoever nature and free and clear of all right, title, and interest of the Defendants; and

E.    For the issuance of all necessary orders and decrees, and for all other general, equitable, and legal relief allowed by law and which this Court deems appropriate.

<u>COUNT VIII</u>
**SPIRE STL PIPELINE LLC, Plaintiff, v.**
**WILLIAM D. BALLARD and ALICE E. BALLARD as CO-TRUSTEES of the WILLIAM**
**AND ALICE BALLARD REVOCABLE LIVING TRUST dated JANUARY 18, 2016;**
**MARK A. RYAN; 3.36 ACRES more or less of REAL PROPERTY in SCOTT COUNTY,**
**ILLINOIS; and UNKNOWN OWNERS, Defendants.**

1.-18.   Spire STL repeats and re-alleges paragraphs 1 through 18 of the General Allegations as Paragraphs 1 through 18 of Count VIII.

19.   The owners of record of certain real property situated in Scott County, Illinois along the Spire STL Pipeline are William D. Ballard and Alice E. Ballard as Co-Trustees of the William and Alice Ballard Revocable Living Trust dated January 18, 2016 and Mark A. Ryan (hereinafter collectively "Landowners").

20.   Spire STL seeks to acquire for the uses and purposes described above, a permanent easement, a temporary workspace easement, and additional temporary workspace through Landowners' property, all legally described in **Exhibit 9A** and shown more particularly in the certified plat attached as **Exhibit 9B,** both incorporated herein.

21.   The 3.36 acres more or less described in Exhibits 9A and 9B, or other property described, is private property, and the Landowners mentioned in connection with the property are, as far as appears of record, and as far as Spire STL has been able to learn, the persons who own or are otherwise interested in the property, or claim to have some interest therein.

22.   Spire STL is not aware of any other individuals or entities whose interest in the property is affected by these proceedings.

23.   In addition to the parties named herein, there are or may be other persons who are interested in this action and who may have or claim some right, title, interest of lien in, to, or on the property, and the name of each of those other persons is unknown. All such persons are,

therefore, made party Defendants to this action by the name and description of "Unknown Owners".

24.     In addition to persons designated by name herein, there are or may be other persons occupying or in possession of a portion of the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

25.     It is necessary for Spire STL to exercise its right of eminent domain under 15 U.S.C. §717f(h) of the Natural Gas Act and the FERC Certificate, and pursuant to Federal Rule of Civil Procedure 71.1, in order to obtain the easements necessary to construct, operate, and maintain the Spire STL Pipeline through Landowners' property.

WHEREFORE, Plaintiff, SPIRE STL PIPELINE LLC prays:

A.     That the notices filed herewith pursuant to Federal Rules of Civil Procedure 71.1(d) be deemed good and sufficient;

B.     That said notices be served on the Defendants in a manner afforded by Federal Rules of Civil Procedure 71.1(d)(3);

C.     That its right to condemn the easements as defined and set forth in this Complaint on the Defendants' property be recognized and granted;

D.     That this Court enter judgment, providing that upon the deposit into the registry of the Court by Spire STL of the amount of just compensation as determined by the Court, ownership and title of the easements and other charges of whatsoever nature and free and clear of all right, title, and interest of the Defendants; and

E.     For the issuance of all necessary orders and decrees, and for all other general, equitable, and legal relief allowed by law and which this Court deems appropriate.

## COUNT IX
### SPIRE STL PIPELINE LLC, Plaintiff, v.
**MATTHEW J. CLAYTON; ANNE M. CLAYTON; THE FIRST NATIONAL BANK OF ARENZVILLE; 5.04 ACRES more or less of REAL PROPERTY in GREENE COUNTY, ILLINOIS; and UNKNOWN OWNERS, Defendants.**

1.-18.  Spire STL repeats and re-alleges paragraphs 1 through 18 of the General Allegations as Paragraphs 1 through 18 of Count IX.

19.  The owners of record of certain real property situated in Greene County, Illinois along the Spire STL Pipeline are Matthew J. Clayton and Anne M. Clayton (hereinafter collectively "Landowners").

20.  Spire STL seeks to acquire for the uses and purposes described above, a permanent easement, a temporary workspace easement, and additional temporary workspace through Landowners' property, all legally described in **Exhibit 10A** and shown more particularly in the certified plat attached as **Exhibit 10B,** both incorporated herein.

21.  The 5.04 acres more or less described in Exhibits 10A and 10B, or other property described, is private property, and the Landowners mentioned in connection with the property are, as far as appears of record, and as far as Spire STL has been able to learn, the persons who own or are otherwise interested in the property, or claims to have some interest therein.

22.  The First National Bank of Arenzville is named as a Defendant as it holds a mortgage interest in Landowners' real property.

23.  Spire STL is not aware of any other individuals or entities whose interest in the property is affected by these proceedings.

24.  In addition to the parties named herein, there are or may be other persons who are interested in this action and who may have or claim some right, title, interest of lien in, to, or on the property, and the name of each of those other persons is unknown. All such persons are,

therefore, made party Defendants to this action by the name and description of "Unknown Owners".

25.     In addition to persons designated by name herein, there are or may be other persons occupying or in possession of a portion of the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

26.     It is necessary for Spire STL to exercise its right of eminent domain under 15 U.S.C. §717f(h) of the Natural Gas Act and the FERC Certificate, and pursuant to Federal Rule of Civil Procedure 71.1, in order to obtain the easements necessary to construct, operate, and maintain the Spire STL Pipeline through Landowner's property.

WHEREFORE, Plaintiff, SPIRE STL PIPELINE LLC prays:

A.     That the notices filed herewith pursuant to Federal Rules of Civil Procedure 71.1(d) be deemed good and sufficient;

B.     That said notices be served on the Defendants in a manner afforded by Federal Rules of Civil Procedure 71.1(d)(3);

C.     That its right to condemn the easements as defined and set forth in this Complaint on the Defendants' property be recognized and granted;

D.     That this Court enter judgment, providing that upon the deposit into the registry of the Court by Spire STL of the amount of just compensation as determined by the Court, ownership and title of the easements and other charges of whatsoever nature and free and clear of all right, title, and interest of the Defendants; and

E.     For the issuance of all necessary orders and decrees, and for all other general, equitable, and legal relief allowed by law and which this Court deems appropriate.

## COUNT X
### SPIRE STL PIPELINE LLC, Plaintiff, v.
### FORREST NEAL JONES; 2.81 ACRES more or less of REAL PROPERTY in GREENE COUNTY, ILLINOIS; and UNKNOWN OWNERS, Defendants.

1.-18.  Spire STL repeats and re-alleges paragraphs 1 through 18 of the General Allegations as Paragraphs 1 through 18 of Count X.

19.  The owner of record of certain real property situated in Greene County, Illinois along the Spire STL Pipeline is Forrest Neal Jones (hereinafter "Landowner").

20.  Spire STL seeks to acquire for the uses and purposes described above, a permanent easement, a temporary workspace easement, and additional temporary workspace through Landowner's property, all legally described in **Exhibit 11A** and shown more particularly in the certified plat attached as **Exhibit 11B,** both incorporated herein.

21.  The 2.81 acres more or less described in Exhibits 11A and 11B, or other property described, is private property, and the Landowner mentioned in connection with the property is, as far as appears of record, and as far as Spire STL has been able to learn, the person who owns or is otherwise interested in the property, or claims to have some interest therein.

22.  Spire STL is not aware of any other individuals or entities whose interest in the property is affected by these proceedings.

23.  In addition to the parties named herein, there are or may be other persons who are interested in this action and who may have or claim some right, title, interest of lien in, to, or on the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

24.  In addition to persons designated by name herein, there are or may be other persons occupying or in possession of a portion of the property, and the name of each of those

other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

25.   It is necessary for Spire STL to exercise its right of eminent domain under 15 U.S.C. §717f(h) of the Natural Gas Act and the FERC Certificate, and pursuant to Federal Rule of Civil Procedure 71.1, in order to obtain the easements necessary to construct, operate, and maintain the Spire STL Pipeline through Landowner's property.

WHEREFORE, Plaintiff, SPIRE STL PIPELINE LLC prays:

A.   That the notices filed herewith pursuant to Federal Rules of Civil Procedure 71.1(d) be deemed good and sufficient;

B.   That said notices be served on the Defendants in a manner afforded by Federal Rules of Civil Procedure 71.1(d)(3);

C.   That its right to condemn the easements as defined and set forth in this Complaint on the Defendants' property be recognized and granted;

D.   That this Court enter judgment, providing that upon the deposit into the registry of the Court by Spire STL of the amount of just compensation as determined by the Court, ownership and title of the easements and other charges of whatsoever nature and free and clear of all right, title, and interest of the Defendants; and

E.   For the issuance of all necessary orders and decrees, and for all other general, equitable, and legal relief allowed by law and which this Court deems appropriate.

### COUNT XI
**SPIRE STL PIPELINE LLC, Plaintiff, v.**
**GAYLE P. WILLIS; KENNETH P. WILLIS; WHITE HALL BANK; 1.89 ACRES more or less of REAL PROPERTY in GREENE COUNTY, ILLINOIS; and UNKNOWN OWNERS, Defendants.**

1.-18.   Spire STL repeats and re-alleges paragraphs 1 through 18 of the General Allegations as Paragraphs 1 through 18 of Count XI.

19.   The owners of record of certain real property situated in Greene County, Illinois along the Spire STL Pipeline are Gayle P. Willis and Kenneth P. Willis (hereinafter collectively "Landowners").

20.   Spire STL seeks to acquire for the uses and purposes described above, a permanent easement, a temporary workspace easement, and additional temporary workspace through Landowners' property, all legally described in **Exhibit 12A** and shown more particularly in the certified plat attached as **Exhibit 12B,** both incorporated herein.

21.   The 1.89 acres more or less described in Exhibits 12A and 12B, or other property described, is private property, and the Landowners mentioned in connection with the property are, as far as appears of record, and as far as Spire STL has been able to learn, the persons who own or are otherwise interested in the property, or claims to have some interest therein.

22.   The White Hall Bank is named as a Defendant as it holds a mortgage interest in Landowners' real property.

23.   Spire STL is not aware of any other individuals or entities whose interest in the property is affected by these proceedings.

24.   In addition to the parties named herein, there are or may be other persons who are interested in this action and who may have or claim some right, title, interest of lien in, to, or on the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

25.      In addition to persons designated by name herein, there are or may be other persons occupying or in possession of a portion of the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".

26.      It is necessary for Spire STL to exercise its right of eminent domain under 15 U.S.C. §717f(h) of the Natural Gas Act and the FERC Certificate, and pursuant to Federal Rule of Civil Procedure 71.1, in order to obtain the easements necessary to construct, operate, and maintain the Spire STL Pipeline through Landowner's property.

WHEREFORE, Plaintiff, SPIRE STL PIPELINE LLC prays:

A.      That the notices filed herewith pursuant to Federal Rules of Civil Procedure 71.1(d) he deemed good and sufficient;

B.      That said notices be served on the Defendants in a manner afforded by Federal Rules of Civil Procedure 71.1(d)(3);

C.      That its right to condemn the easements as defined and set forth in this Complaint on the Defendants' property be recognized and granted;

D.      That this Court enter judgment, providing that upon the deposit into the registry of the Court by Spire STL of the amount of just compensation as determined by the Court, ownership and title of the easements and other charges of whatsoever nature and free and clear of all right, title, and interest of the Defendants; and

E.      For the issuance of all necessary orders and decrees, and for all other general, equitable, and legal relief allowed by law and which this Court deems appropriate.

## COUNT XII
### SPIRE STL PIPELINE LLC, Plaintiff, v.

**HART FARMS, LLC, a Missouri limited liability company; 2.63 ACRES more or less of REAL PROPERTY in GREENE COUNTY, ILLINOIS; and UNKNOWN OWNERS, Defendants.**

1.-18.  Spire STL repeats and re-alleges paragraphs 1 through 18 of the General Allegations as Paragraphs 1 through 18 of Count XII.

19.    The owner of record of certain real property situated in Greene County, Illinois along the Spire STL Pipeline is Hart Farms, LLC, a Missouri limited liability company (hereinafter "Landowner").

20.    Spire STL seeks to acquire for the uses and purposes described above, a permanent easement, a temporary workspace easement, and additional temporary workspace through Landowner's property, all legally described in **Exhibit 13A** and shown more particularly in the certified plat attached as **Exhibit 13B,** both incorporated herein.

21.    The 2.63 acres more or less described in Exhibits 13A and 13B, or other property described, is private property, and the Landowner mentioned in connection with the property is, as far as appears of record, and as far as Spire STL has been able to learn, the person who owns or is otherwise interested in the property, or claims to have some interest therein.

22.    Spire STL is not aware of any other individuals or entities whose interest in the property is affected by these proceedings.

23.    In addition to the parties named herein, there are or may be other persons who are interested in this action and who may have or claim some right, title, interest of lien in, to, or on the property, and the name of each of those other persons is unknown. All such persons are, therefore, made party Defendants to this action by the name and description of "Unknown Owners".