## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| SPIRE STL PIPELINE LLC,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>BETTY ANN JEFFERSON, as  )<br>Trustee of the Betty Ann  )<br>Jefferson Trust #11-08, et al.,  )<br><br>Defendants.  ) | Case No. 18-cv-03204 |

## <u>ORDER</u>

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 137) following the filing of two Suggestions of Death (d/e 133 and 134).

Plaintiff Spire STL Pipeline LLC ("Spire") sued Defendant Bernard H. Meyer as Trustee of the Bernard H. Meyer Trust #9-11 and sued Defendant Darrell L. Mansfield as Co-Trustee of the Darrell L. Mansfield Trust No. 2014 and Co-Trustee of the Jo Ann Mansfield Trust No. 2014.  Compl., d/e 1.  On August 7, 2019, Counsel for Defendants informed the Court and the parties that

Defendants Bernard H. Meyer and Darrell L. Mansfield had died.
Suggestions of Death, d/e 133 and 134.  The Court informed the
parties that Federal Rule of Civil Procedure 25(a)(1) required
dismissal of the claims against these deceased defendants unless a
motion to substitute was filed within ninety days after service of the
Suggestions of Death.  Text Order, Sept. 10, 2019.  The 90 days
elapsed and no motions to substitute were filed.

Magistrate Judge Schanzle-Haskins recommends that this
Court: (1) dismiss Defendants Darrell L. Mansfield and Bernard H.
Meyer from this action; (2) allow Spire to proceed in Count XV
against Jo Ann Mansfield as successor Trustee of the Darrell L.
Mansfield Trust No. 2014 and the Jo Ann Mansfield Trust No. 2014;
(3) dismiss without prejudice Spire's claim against the Bernard H.
Meyer Trust #9-11 in Counts XX and XXI for failure to file a motion
to substitute the successor trustee of this trust; and (4) allow Spire
to proceed in Counts XX and XXI against the remaining Defendant
Mary Lois Meyer as trustee of the Mary Lois Meyer Trust #9-11.

Objections to the Report and Recommendation were due on or
before November 29, 2019.  No objections were filed.

The district court reviews de novo any part of a magistrate

judge's report and recommendation to which a specific written objection has been made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).  If no objection or only partial objection is made, the district judge reviews those unobjected portions for clear error.  Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After a careful review of the record, the Report and Recommendation, and the applicable law, the Court finds no clear error in Magistrate Judge Schanzle-Haskins' Report and Recommendation.

It is, therefore, ORDERED:

(1)    The Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 137) is ACCEPTED and ADOPTED in full.

(2)    Defendants Darrell L. Mansfield and Bernard H. Meyer are dismissed from this action.

(3)    Plaintiff Spire STL Pipeline LLC may proceed in Count XV against Jo Ann Mansfield as successor Trustee of the Darrell L.

Mansfield Trust No. 2014 and the Jo Ann Mansfield Trust No. 2014.

(4)    Plaintiff Spire STL Pipeline LLC's claim against the Bernard H. Meyer Trust #9-11 in Counts XX and XXI is dismissed without prejudice for failure to file a motion to substitute the successor trustee of this trust.

(5)    Plaintiff Spire STL Pipeline LLC may proceed in Counts XX and XXI against the remaining Defendant Mary Lois Meyer as trustee of the Mary Lois Meyer Trust #9-11.


ENTER:  October 29, 2020

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE