IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SPIRE STL PIPELINE LLC,<br>a Missouri limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>BETTY ANN JEFFERSON as TRUSTEE of the BETTY ANN JEFFERSON TRUST #11-08, *et seq.*,<br><br>    Defendants. | Case No: 3:18-cv-03204 |
| SPIRE STL PIPELINE LLC,<br>a Missouri limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>FORREST NEAL JONES; 2.81 ACRES more or less of REAL PROPERTY in GREENE COUNTY, ILLINOIS; and UNKNOWN OWNERS,<br><br>    Defendants. | (COUNT X / IL-GC-029.000) |
| SPIRE STL PIPELINE LLC,<br>a Missouri limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>GAYLE P. WILLIS; KENNETH R. WILLIS; WHITE HALL BANK; 1.89 ACRES more or less of REAL PROPERTY in GREENE COUNTY, ILLINOIS; and UNKNOWN OWNERS,<br><br>    Defendants. | (COUNT XI / IL-GC-030.000) |

## MOTION TO DISMISS COUNTS X AND XI PURSUANT TO FRCP 71.1(i)(1)(C)

NOW COMES, Plaintiff, Spire STL Pipeline LLC, ("Spire STL") by and through its attorneys, Sorling Northrup, Lisa A. Petrilli and David A. Rolf, of Counsel and for its Motion to Dismiss Counts X and XI of the above captioned case pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(C) states as follows:

1. On or about August 15, 2018, Spire STL filed its Eminent Domain Complaint including Count X directed against Forest Neal Jones and 2.81 total acres more or less of real property owned by Mr. Jones and located in Greene County, Illinois, and including Count XI directed against Gayle P. Willis, Kenneth P. Willis, White Hall Bank, and 1.89 total acres more or less of real property owned by Mr. and Mrs. Willis and located in Greene County, Illinois

2. On or about June 1, 2021 Spire STL and Mr. Jones negotiated a settlement, and Mr. Jones executed a voluntary Easement Agreement giving Spire STL the interests in the real property Spire STL sought in X. A copy of the Easement Agreement recorded on June 14, 2021 is attached hereto as **Exhibit 1**.

3. On or about June 1, 2021 Spire STL and the Willis' negotiated a settlement, and the Willis' executed a voluntary Easement Agreement giving Spire STL the interests in the real property Spire STL sought in XI. A copy of the Easement Agreement recorded on June 14, 2021 is attached hereto as **Exhibit 2**.

4. In exchange for execution of the Easement Agreements, both Mr. Jones and Mr. and Mrs. Willis received full compensation from Spire STL through wire transfer to their attorney, Carolyn Elefant.

5. As a condition of this Court's December 14, 2018 Order granting Spire STL's Motion for Preliminary Injunction, Spire STL deposited a bond in the amount of approximately

two times the amounts shown on the table attached as Exhibit A to Spire STL's Memorandum in Support of the Preliminary Injunction. A copy of the table is attached hereto as **Exhibit 3** for reference.

6. The $1,350,000.00 bond was deposited into an interest bearing account following this Court's Text Order on January 24, 2019.

7. The amount of that bond attributable to Mr. Jones and Count X is $12,360.00 (two times the $6,180.00 shown on attached Exhibit 3) which made up 0.916% of the bond posted.

8. The amount of that bond attributable to Mr. and Mrs. Willis and Count XI is $15,556.00 (two times the $7,778.00 shown on attached Exhibit 3) which made up 1.152% of the bond posted.

9. On or about July 22, 2020, counsel for Mr. Jones and for Mr. and Mrs. Willis petitioned this Court to withdraw one times the amount of the bond posted plus interest that had accrued to date.

10. On or about November 10, 2020, this Court ordered that $6,180.00 plus 0.458% of the accrued interest be paid to Mr. Jones and ordered that $7,778.00 plus 0.576% of the accrued interest be paid to Mr. and Mrs. Willis.

11. Spire STL seeks dismissal of Counts X and XI and withdrawal of the bond in the amount of $13,958.00 ($6,180.00 on Jones + $7,778.00 on Willis) plus the interest accrued to date.

WHEREFORE, Plaintiff, Spire STL Pipeline LLC requests this Court enter the Order attached as **Exhibit 4** or a substantially similar order dismissing Counts X and XI and ordering turnover of the bond in the amount of $13,958.00 plus the accrued interest.

                          SPIRE STL PIPELINE LLC,
                          Plaintiff,

                          By: /s/ Lisa A. Petrilli
                               One of Its Attorneys

Sorling Northrup
Lisa A. Petrilli, of Counsel (ARDC #6280865)
One North Old State Capitol, Suite 200
Post Office Box 5131
Springfield, IL 62705-5131
Telephone: (217)544-1144
Facsimile: (217)522-3173
E-Mail: lapetrilli@sorlinglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Sorling Northrup
David A. Rolf, of Counsel (ARDC #6196030)
One North Old State Capitol, Suite 200
Post Office Box 5131
Springfield, IL 62705-5131
Telephone: (217)544-1144
Facsimile: (217)522-3173
E-Mail: darolf@sorlinglaw.com
*ATTORNEY TO BE NOTICED*

## CERTIFICATE OF SERVICE

     I hereby certify that June 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and by email to the following at the email addresses shown below:

Carolyn Elefant
1440 G Street, NW
Washington, DC 20005
Telephone: (202) 297-6100
Email: carolyn@carolynelefant.com

Joshua D. Evans
103 East Pearl Street
Jerseyville, IL 62016
Telephone: (618) 268-5081
office@jevanslegal.com

S.T. Turman Contracting, L.L.C.
c/o Scott Turman, Manager
300 Commerce Blvd.
Jerseyville, IL 62052
Email: stturman@gmail.com
       amyturman2@gmail.com

Scott Turman
21599 Rangeline Rd.
Jerseyville, IL 62052
Email: stturman@gmail.com
       amyturman2@gmail.com

                                          /s/ Lisa A. Petrilli
                                          Sorling Northrup
                                          Lisa A. Petrilli, of Counsel (ARDC #6280865)
                                          One North Old State Capitol, Suite 200
                                          Post Office Box 5131
                                          Springfield, IL 62705-5131
                                          Telephone: (217)544-1144
                                          Facsimile:  (217)522-3173
                                          E-Mail: lapetrilli@sorlinglaw.com