IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SPIRE STL PIPELINE LLC, a Missouri limited liability company, </br></br> Plaintiff, </br></br> v. </br></br> BETTY ANN JEFFERSON as TRUSTEE of the BETTY ANN JEFFERSON TRUST #11-08, *et al.*, </br></br> Defendants. | Case No: 3:18-cv-03204 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS REPLY TO DEFENDANTS' JOINT RESPONSE IN OPPOSITION TO SPIRE STL PIPELINE LLC'S MOTION FOR IMMEDIATE POSSESSION OF CERTAIN TEMPORARY EASEMENTS AND ACCESS ROAD TAR-010**

NOW COMES, Plaintiff, SPIRE STL PIPELINE LLC ("Spire STL"), by and through its attorneys, Sorling Northrup, David A. Rolf and Lisa A. Petrilli, of Counsel, and for its Motion for Leave to file its Reply to Defendants' Joint Response in Opposition to the Motion for Preliminary Injunction, states as follows:

1. On June 15, 2021, Spire STL filed is Motion for Preliminary Injunction for Immediate Possession (d/e 173) and Memorandum in Support (d/e 175), and on June 28, 2021 Spire STL filed its First Supplement. (d/e 179)

2. On June 26, 2021, Defendants filed their response in opposition. (d/e 177)

3. Plaintiff seeks leave in accordance with Local Rule 7.1(B)(3) to file the attached Reply.

4. Defendants' response misrepresents facts and misstates the status of the FERC Certificate based on the United States Court of Appeals for the District of Columbia case,

*Environmental Defense Fund v. Fed. Energy Regulatory Comm.*, Case No. 20-1016 (June 22, 2021), issued after the date Spire STL's Motion was filed.

WHEREFORE, Plaintiff respectfully requests this Court grant SPIRE STL PIPELINE LLC leave to file the attached Reply to Defendants' Joint Response in Opposition to Spire STL's Motion for Preliminary Injunction.

Dated: July 14, 2021  Respectfully submitted,

SPIRE STL PIPELINE LLC,
Plaintiff,

By: /s/ Lisa A. Petrilli
   One of Its Attorneys

Sorling Northrup
Lisa A. Petrilli, of Counsel (ARDC #6280865)
One North Old State Capitol, Suite 200
Post Office Box 5131
Springfield, IL 62705-5131
Telephone:  (217)544-1144
Facsimile:  (217)522-3173
E-Mail:  lapetrilli@sorlinglaw.com
*LEAD ATTORNEY / ATTORNEY TO BE NOTICED*

Sorling Northrup
David A. Rolf, of Counsel (ARDC #6196030)
One North Old State Capitol, Suite 200
Post Office Box 5131
Springfield, IL 62705-5131
Telephone:  (217)544-1144
Facsimile:  (217)522-3173
E-Mail:  darolf@sorlinglaw.com
*ATTORNEY TO BE NOTICED*

## **CERTIFICATE OF SERVICE**

      I hereby certify that July 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and by email to the following at the email addresses shown below:

Carolyn Elefant
1440 G Street, NW
Washington, DC 20005
Telephone: (202) 297-6100
Email: carolyn@carolynelefant.com

Joshua D. Evans
103 East Pearl Street
Jerseyville, IL 62016
Telephone: (618) 268-5081
office@jevanslegal.com

S.T. Turman Contracting, L.L.C.
c/o Scott Turman, Manager
300 Commerce Blvd.
Jerseyville, IL 62052
Email: stturman@gmail.com
       amyturman2@gmail.com

Scott Turman
21599 Rangeline Rd.
Jerseyville, IL 62052
Email: stturman@gmail.com
       amyturman2@gmail.com

                                             /s/ Lisa A. Petrilli
                                             Sorling Northrup
                                             Lisa A. Petrilli, of Counsel (ARDC #6280865)
                                             One North Old State Capitol, Suite 200
                                             Post Office Box 5131
                                             Springfield, IL 62705-5131
                                             Telephone:  (217)544-1144
                                             Facsimile:   (217)522-3173
                                             E-Mail:  lapetrilli@sorlinglaw.com


                                             /s/ Lisa A. Petrilli