IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

SPIRE STL PIPELINE LLC,
A Missouri limited liability company,

    PLAINTIFF

    vs.

BETTY ANN JEFFERSON as TRUSTEE
of the BETTY ANN JEFFERSON TRUST
#11-08, et al., *et al*.

    DEFENDANTS

Cause No.: 3:18-cv-03204

**DEFENDANTS' JOINT MOTION FOR RELIEF FROM CONDEMNATION JUDGMENT UNDER FRCP 60(b)(5), DISSOLUTION OF PRELIMINARY INJUNCTION, DISMISSAL OF CONDEMNATION COMPLAINT, HEARING ON DAMAGES FOR TRESPASS AND STAY OF ALL DEADLINES**

COME NOW Defendants, landowners represented by and through undersigned counsel Carolyn Elefant and Joshua Evans hereby move this Court for:

1.    Relief from the order granting Plaintiff Spire Pipeline's Motion for Condemnation (Text Order dated December 7, 2018) under Fed. R. Civ. Proc. 60(b)(5) because the judgment upon which the Condemnation Order is based -- specifically the Federal Energy Regulatory Commission (FERC) Order Issuing Certificate[1] -- was vacated by the United States Court of Appeals for the District of Columbia on June 29, 2021 in *Environmental Defense Fund v. FERC*, Docket No. 20-1016 (D.C. Circuit 2021);

---

[1] *Spire STL Pipeline*, Order Issuing Certificate, 164 FERC ¶61,085 August 3, 2018), Order on Rehearing, 169 FERC 61,134 (November 21, 2019).

2. Dissolution of the Preliminary Injunction Injunction Granting Immediate Possession (Doc. 114) based on changed circumstances arising out of the intervening D.C. Circuit ruling vacating the certificate which deprives Spire of condemnation authority, eviscerates Spire's chances of success on the merits and converts the injunction into an "instrument of wrong" (*O'Sullivan v. City of Chicago*, 396 F.3d 843, 860 (7th Cir. 2005)) that will result in a taking of private property that does not serve a public use in violation Fifth Amendment of the United States Constitution;

3. A hearing on damages resulting from the wrongful taking and project cancellation -- including trespass, constitutional violations, full restoration costs; and

4. Dismissal of the Condemnation Complaint with prejudice.

WHEREFORE, Defendant-Landowners respectfully request that the Court grant this motion and the relief requested herein. A memorandum in support of this motion has been filed. In addition, Defendants ask this court to stay the compensation hearings and transfer of legal title to Spire to preserve the status quo, prevent an unlawful taking of property and avoid interference with the D.C. Circuit ruling.

Dated: July 16, 2021

                                              Respectfully submitted,
                                              **/s/ Carolyn Elefant**
                                              Carolyn Elefant, *pro hac vice*
                                              Law Offices of Carolyn Elefant, PLLC
                                              1440 G Street, NW, 8th Floor
                                              Washington, D.C. 20005
                                              T: (202) 297-6100
                                              E: Carolyn@carolynelefant.com
                                               Attorney for Defendant-Landowners


                                              ***/s/ Joshua R. Evans***
                                              Illinois Bar No. 6318288
                                              GREAT RIVER INJURY LAW

103 East Pearl
Jerseyville, IL 62052
Telephone: 618-498-0001
office@jevanslegal.com

## CERTIFICATE OF SERVICE

I, Carolyn Elefant, certify that on this 19th day of July 2021 I caused the foregoing Motion to be served by electronic mail through ECF on all appearing parties.

/s/ *Carolyn Elefant*
Carolyn Elefant, *pro hac vice*
Law Offices of Carolyn Elefant, PLLC
1440 G Street, NW, 8th Floor
Washington, D.C. 20005
T: (202) 297-6100
E: Carolyn@carolynelefant.com
Attorney for Defendant