IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **SPIRE STL PIPELINE LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 18-cv-03204 |
| **BETTY ANN JEFFERSON, as** ) | |
| **Trustee of the Betty Ann** ) | |
| **Jefferson Trust #11-08, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on Plaintiff Spire STL Pipeline, LLC's ("Spire") Motion to Dismiss Counts X and XI Pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(C) (d/e 178). No response to the motion has been filed within the time prescribed, so the Court presumes the motion is unopposed. See CDIL-LR 7.1(B)(2).

Defendant Forest Neal Jones and the 2.81 total acres of land he owns in Greene County, Illinois, were named in Count X of the Eminent Domain Complaint (d/e 1) filed in this matter. Defendants Gayle P. Willis, Kenneth P. Willis, White Hall Bank, and the 1.89

total acres of land owned by Mr. and Mrs. Willis in Greene County, Illinois, were named in Count XI of the Complaint.

On or about June 1, 2021, Spire negotiated settlements with Jones and the Willis' and Jones and the Willis' voluntarily executed Easement Agreements granting Spire the property interests sought in Jones and the Willis' property and described in Counts X and XI of the Complaint. In exchange for the execution of the Easement Agreements, Jones and the Willis' received full compensation from Spire.

Pursuant to the Court's Order dated December 14, 2018 (d/e 114), the amount of bond posted by Spire attributable to Jones and Count X is $12,360.00, which makes up 0.916% of the posted bond. The amount of bond posted by Spire attributable to the Willis' and Count XI is $15,556.00, which makes up 1.152% of the posted bond. On November 10, 2020, this Court ordered that $6,180.00 plus 0.458% of the accrued interest be paid to Jones and that $7,778.00 plus 0.576% of the accrued interest be paid to the Willis'. See Order, d/e 161.

Spire is entitled to withdraw $13,958.00, consisting of $6,180 on Jones and $7,778.00 on the Willis', plus the accrued interest

from the invested registry fund where the bond was deposited following the Court's Text Order dated January 24, 2019.

It is, therefore, ORDERED:

(1)   Plaintiff Spire STL Pipeline, LLC's Motion to Dismiss Counts X and XI Pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(C) (d/e 178) is GRANTED.

(2)   Counts X and XI of the Eminent Domain Complaint are DISMISSED WITH PREJUDICE.

(3)   The Clerk is DIRECTED to transfer to Plaintiff Spire STL Pipeline, LLC, $13,958.00 plus the accrued interest from the invested registry fund.


ENTER:  July 27, 2021

*/s/ Sue E. Myerscough*
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE