IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SPIRE STL PIPELINE LLC, a Missouri limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> BETTY ANN JEFFERSON as TRUSTEE of the BETTY ANN JEFFERSON TRUST #11-08, *et seq.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No: 3:18-cv-03204 |

### SPIRE STL PIPELINE LLC'S MOTION IN LIMINE RELATED COUNTS XX AND XXI

NOW COMES, Plaintiff, Spire STL Pipeline LLC, ("Spire STL") by and through its attorneys, Sorling Northrup, Lisa A. Petrilli and David A. Rolf, of Counsel, and for its Motion in Limine related to **Count XX** v. Bernard H. Meyer as Trustee of the Bernard H. Meyer Trust #9-11, Mary Lois Meyer as Trustee of the Mary Lois Meyer Trust #9-11, and 4.21 Acres More or Less Located in Greene County, Illinois, and **Count XXI** v. Bernard H. Meyer as Trustee of the Bernard H. Meyer Trust #9-11, Mary Lois Meyer as Trustee of the Mary Lois Meyer Trust #9-11 and 3.53 Acres More or Less Located in Greene County, Illinois, states as follows:

1. Spire STL brought its Eminent Domain Complaint under the federal Natural Gas Act ("NGA").

2. According to the NGA and the Federal Rules of Civil Procedure, federal rules and procedures apply to condemnation cases brought in federal court under this Act, but state substantive law applies. FRCP 71.1; Natural Gas Act, 15 U.S.C.S § 717 (2009).

3. The only question under federal and state law for the commission to decide in this matter is the just compensation to be paid to the owner for the easements sought to be condemned. *See City of Chicago v. Anthony*, 136 Ill. 2d 169, 174, 144 Ill. Dec. 93, 554 N.E.2d 1381 (1990), *citing Sanitary District v. Johnson*, 343 Ill. 11, 16 (1931).

4. Illinois substantive law is used to determine compensation. FRCP 71.1; Natural Gas Act, 15 U.S.C.S § 717 (2009).

5. On August 15, 2018, Spire STL filed its Eminent Domain Complaint against Defendants.

6. In December 2018, Spire STL obtained an Order of condemnation for a permanent easement and temporary easements through certain property owned by Defendants

7. The Defendants own property in Greene County, Illinois, identified in Count XX, Exhibits 21A and 21B to the Complaint (IL-GC-093.000), and identified in Count XXI, Exhibits 22A and 22B to the Complaint (IL-GC-094.000) (hereinafter collectively the "Subject Property").

8. After entry of the Order of Condemnation, the remaining issue became the amount of compensation due Defendants for the partial taking.

9. Defendants have failed to disclose or offer any witness or independent expert witnesses to offer an admissible opinion as to the value of the property, the value of the easements, or the compensation due for the taking.

10. In Defendants' Objections tendered to Spire STL on March 1, 2021, Defendants stated certain conclusions related to the value of the Subject Property, but did not name a specific witness and did not sign the disclosure.

11.     The conclusions found in Defendants' Objections are inadmissible for a number of reasons and are irrelevant.

12.     CJ Dozer Services was not properly disclosed as a retained expert and the information contained in the CJ Dozer Services Estimate is not admissible.

13.     Spire STL submits its Memorandum in further support for this Motion in Limine on Counts XX and XXI of the Eminent Domain Complaint.

WHEREFORE, SPIRE STL PIPELINE LLC requests the following relief:

(1)     Defendants, Bernard H. Meyer and Mary Lois Meyer are barred from offering an opinion as to the value of the property and the compensation due for the taking; and

(2)     CJ Dozer Services is barred from offering testimony.

Respectfully submitted,

By:  /s/ David A. Rolf
David A. Rolf (IL ARDC #6196030)
Lisa A. Petrilli (IL ARDC #6280865)
Attorneys for Plaintiff
Sorling Northrup
One North Old State Capitol Plaza, Suite 200
P.O. Box 5131
Springfield, IL 62705-5131
Telephone: (217) 544-1144
Facsimile: (217) 522-3173
Email: darolf@sorlinglaw.com
           lapetrilli@sorlinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and by email to the following at the email addresses shown below:

Carolyn Elefant
1440 G Street, NW
Washington, DC 20005
Telephone: (202) 297-6100
Email: carolyn@carolynelefant.com

Joshua D. Evans
103 East Pearl Street
Jerseyville, IL 62016
Telephone: (618) 268-5081
office@jevanslegal.com

S.T. Turman Contracting, L.L.C.
c/o Scott Turman, Manager
300 Commerce Blvd.
Jerseyville, IL 62052
Email: stturman@gmail.com
        amyturman2@gmail.com

Scott Turman
21599 Rangeline Rd.
Jerseyville, IL 62052
Email: stturman@gmail.com
        amyturman2@gmail.com

/s/ David A. Rolf
David A. Rolf (IL ARDC #6196030)
Attorney for Plaintiff
Sorling Northrup
One North Old State Capitol Plaza, Suite 200
P.O. Box 5131
Springfield, IL 62705-5131
Telephone: (217) 544-1144
Facsimile: (217) 522-3173
Email: darolf@sorlinglaw.com