IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SPIRE STL PIPELINE LLC, ) <br> a Missouri limited liability company, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BETTY ANN JEFFERSON as TRUSTEE ) <br> of the BETTY ANN JEFFERSON ) <br> TRUST #11-08, *et seq.*, ) <br> ) <br> Defendants. ) | Case No: 3:18-cv-03204 |

### SPIRE STL PIPELINE LLC'S MOTION TO AMEND TEXT ORDER DATED DECEMBER 7, 2018 AND ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION DATED DECEMBER 14, 2018 (D/E 114) AS MODIFIED BY ORDER DATED JANUARY 27, 2021 (D/E 168)

NOW COMES, Plaintiff, Spire STL Pipeline LLC, ("Spire STL") by and through its attorneys, Sorling Northrup, Lisa A. Petrilli and David A. Rolf, of Counsel, and for its Motion to Amend Text Order dated December 7,2018 and Order Granting Plaintiff's Motion for Preliminary Injunction dated December 14, 2018 (d/3 114) as modified by Order dated January 27, 2021 (d/e 168) states as follows:

1. On August 15, 2018, Spire STL filed its Verified Complaint and attached the Federal Energy Regulatory Commission's ("FERC") Certificate of Public Convenience and Necessity ("FERC Certificate") issued to Spire STL on August 3, 2018 for the construction, operation, and maintenance of the Spire STL Pipeline in accordance with Section 7 of the Natural Gas Act.

2. On December 7, 2018, this Court entered a Text Order granting Spire STL's Motion to Confirm Condemnation stating:

> TEXT ORDER: Plaintiff's Motion to Confirm Condemnation [79] is GRANTED. Plaintiff holds a certificate from the Federal Energy Regulatory Commission authorizing the construction, operation, and maintenance of a natural gas pipeline. The easements that Plaintiff seeks are necessary to the construction, operation, and maintenance of the pipeline, and Plaintiff has been unable to reach agreements with Defendants on compensation for the easements. Therefore, Plaintiff is entitled to exercise eminent domain to acquire the easements needed for the pipeline. See 15 U.S.C. § 717f(h). The Court hereby confirms condemnation of the permanent and temporary easements set forth in Plaintiff's Verified Complaint for Condemnation of Pipeline Easements [1], reserving the issue of compensation. Entered by Judge Sue E. Myerscough on 12/07/2018. (SKN, ilcd)

3. On December 14, 2018, this Court entered an Order (d/e 114) granting Spire STL's Motion for Preliminary Injunction for Immediate Possession (as modified on January 27, 2021 by the Order in d/e 168) to construct, operate, and maintain the Spire STL Pipeline stating:

> ORDER Entered by Judge Sue E. Myerscough on 12/14/2018. SEE WRITTEN ORDER. Plaintiff Spire STL Pipeline LLC's Motion for Preliminary Injunction for Immediate Possession (d/e [84]) is GRANTED. Plaintiff may take immediate possession of the easement interests in Defendants' property for the construction, operation, and maintenance of the natural gas pipeline approved by FERC on August 3, 2018, but only after Plaintiff deposits with the Clerk of the Court a surety bond in the amount of $1.35 million (approximately 200 percent of Plaintiffs estimated value of the easements). In compliance with the requirements set forth in Rule 65(d)(1) of the Federal Rules of Civil Procedure, the easements to which this Order applies are set forth in the attached exhibits (Exhibits 2A through 29B from Plaintiffs Verified Complaint). (Attachments: # (1) Part 1, Attachment, # (2) Part 2, Attachment, # (3) Part 3, Attachment) (DM, ilcd)

4. On June 22, 2021, the United States Circuit Court of Appeals for the D.C. Circuit issued an opinion vacating the FERC Certificate. Mandate has not issued but may issue shortly.

5. Recognizing the mandate may issue, on September 14, 2021, FERC issued a Temporary Certificate to Spire STL authorizing the continued operation of the Spire STL Pipeline and acknowledging the continued validity of the FERC Certificate. A copy of the Temporary Certificate is attached and incorporated herein as **Exhibit 1**.

6. In the Temporary Certificate, FERC states:

> When the court's mandate issues, Spire will lack the necessary authority required by the Natural Gas Act (NGA) to operate its facilities. In order to ensure continuity of service for a limited period while the Commission considers appropriate next steps, the Commission is issuing Spire a temporary certificate of public convenience and necessity, pursuant to section 7(c)(1)(B) of the NGA, to operate the Spire STL Pipeline. (footnotes intentionally omitted)

Exhibit 1, Temporary Certificate ¶1.

7. With regard to the terms of the Temporary Certificate, FERC states:

> This temporary certificate will be issued under the previously approved terms, conditions, authorizations, and tariff, while the Commission evaluates the application and the arguments raised in the responsive filings. This authorization does not permit Spire to engage in any construction or to provide any new service. As a condition of accepting this certificate, Spire must continue all restoration activities along the project right-of-way.

Exhibit 1, Temporary Certificate ¶8.

8. To ensure that the Spire STL Pipeline continues to operate as constructed through Defendants' properties, FERC orders as follows:

> (A) A temporary certificate of public convenience and necessity is issued to Spire STL Pipeline LLC (Spire) to continue to operate the facilities authorized by the Commission in Docket Nos. CP17-40-000 and CP17-40-001 that are currently in service, under the terms, conditions, and authorizations previously issued, including the approved tariff. The temporary certificate does not authorize the construction of any additional facilities or the commencement of any new service. As a condition of accepting this certificate, Spire must continue restoration activities along the project right-of-way.
> (B) Spire must indicate its acceptance of this certificate, in writing, within three business days of the date of this order.

Exhibit 1, Temporary Certificate, p.5 Ordering paragraphs (A) and (B).

9. Spire STL accepted the Temporary Certificate on September 15, 2021. A copy of Spire STL's acceptance is attached and incorporated herein as **Exhibit 2**.

10. The continued validity of the August 15, 2018 FERC Certificate was confirmed by FERC Commissioner Allison Clements in correspondence filed in the FERC docket on or

about September 24, 2021. **Exhibit 3**, Commissioner Allison Clements September 24, 2021 letter in FERC Docket No. CP17-40-009.

    11.    In her correspondence, Commissioner Clements, when responding to a request regarding Spire STL's certificate status, states:

> In the meantime, Spire's existing certificate remains in place, both as a consequence of the Commission's September 14, 2021 order and of Spire's petition to the D.C. Circuit to stay issuance of the court's mandate.

Exhibit 3, Commissioner Allison Clements September 24, 2021 letter in FERC Docket No. CP17-40-009.

    12.    Spire STL holds a certificate of public convenience and necessity authorizing the continued operation of the Spire STL Pipeline pursuant to section 7(c)(1)(B) of the NGA. See 15 U.S.C. § 717f(c)(1)(B).

    13.    To the extent that this Court's December 7, 2018 Order Confirming Condemnation and December 14, 2018 Order granting Spire STL's possession of the easement areas (as modified by Order dated January 27, 2021 in d/e 168) are based on or rely upon the FERC Certificate, Spire requests the Court amend both Orders to reflect the continued validity and operation of the Spire STL Pipeline in accordance with the FERC Certificate pursuant to the Temporary Certificate.

    WHERE, Plaintiff, Spire STL Pipeline LLC, requests this Court enter an order amending its December 7, 2018 Text Order Confirming Condemnation and December 14, 2018 Order in d/e 114 (as modified by Order dated January 27, 2021 in d/e 168) to recognize and conform to Plaintiff's authority to continue operation of the Spire STL Pipeline through Defendants' properties in accordance with the terms of the FERC Certificate pursuant to the Temporary

Certificate issued by FERC on September 14, 2021, and for any additional relief this Court deems just.

                Respectfully submitted,

                By: /s/ Lisa A. Petrilli
                David A. Rolf (IL ARDC #6196030)
                Lisa A. Petrilli (IL ARDC #6280865)
                Attorneys for Plaintiff
                Sorling Northrup
                One North Old State Capitol Plaza, Suite 200
                P.O. Box 5131
                Springfield, IL 62705-5131
                Telephone: (217) 544-1144
                Facsimile: (217) 522-3173
                Email: darolf@sorlinglaw.com
                         lapetrilli@sorlinglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and by email to the following at the email addresses shown below:

Carolyn Elefant
1440 G Street, NW
Washington, DC 20005
Telephone: (202) 297-6100
Email: carolyn@carolynelefant.com

Joshua D. Evans
103 East Pearl Street
Jerseyville, IL 62016
Telephone: (618) 268-5081
office@jevanslegal.com

S.T. Turman Contracting, L.L.C.
c/o Scott Turman, Manager
300 Commerce Blvd.
Jerseyville, IL 62052
Email: stturman@gmail.com
       amyturman2@gmail.com

Scott Turman
21599 Rangeline Rd.
Jerseyville, IL 62052
Email: stturman@gmail.com
       amyturman2@gmail.com